Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Nevada**
              (State)

Case number (if known): _____   Chapter **7**

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Desert Land, LLC

**3. Other names you know the debtor has used in the last 8 years**

Desert Land LLC

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 10181 Park Run Drive<br>Number  Street | _____<br>Number  Street |
| Suite 200 | _____<br>P.O. Box |
| Las Vegas      NV   89145<br>City           State  ZIP Code | _____<br>City           State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Clark<br>County | 3953 Las Vegas Blvd. South<br>Number  Street |
| | Paradise      NV   89119<br>City           State  ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Desert Land, LLC**  Case number (if known) _____
      Name

**6. Debtor's website** (URL)  _____

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☑ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                  MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
                                  MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☐ No
- ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: Desert Land, LLC
Case number (if known): _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bradley J. Busbin, as Trustee of the Gonzales Charitable Remainder Unitrust One | Judgment / All Rights Under Prior Bankruptcy Plan | $ 13,177,708.33 $ $ |
| | Total of petitioners' claims | $ 13,177,708.33 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Bradley J. Busbin, as Trustee
Name

2295 S. Hiawassee Road, Suite 207
Number   Street

Orlando    FL    32835
City       State  ZIP Code

Name and mailing address of petitioner's representative, if any

_____ Name

_____ Number  Street

_____ City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/27/2018
           MM / DD / YYYY

X _____ (signature)
Signature of petitioner or representative, including representative's title

**Attorneys**

Jamie P. Dreher
Printed name

Downey Brand LLP
Firm name, if any

5421 Kietzke Lane, Suite 100
Number  Street

Reno,          NV     89511
City           State  ZIP Code

Contact phone 916-520-5478   Email _____

Bar number 8794

State NV

X _____ (signature)
Signature of attorney

Date signed 4/27/2018
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  Desert Land, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

Name

Number  Street

City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Mark Wray
Printed name

Law Offices of Mark Wray
Firm name, if any

608 Lander Street
Number  Street

Reno                NV        89509
City                State     ZIP Code

Contact phone  775-348-8877   Email

Bar number  4425

State  NV

x _Mark Wray_ (signed)
Signature of attorney

Date signed  4/27/18
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number  Street

City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number  Street

City                State       ZIP Code

Contact phone          Email

Bar number

State

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

Bradley J. Busbin
2295 S. Hiawassee Rd., Ste. 207
Orlando, FL 32835

April 27, 2018

On April 25, 2018, Tom Gonzales was awarded a judgment in the amount of $13,177,708.33, in the case of *Gonzales vs. Desert Land, LLC et al.* in the United State District Court, District of Nevada (Case Number 2:15-cv-00915-RCJ-VPC) ("Judgment").

On April 27, 2018, as set forth in the attached Assignment and Acceptance Agreement, Tom Gonzales assigned his right, title, and interest in the Judgment to Bradley J. Busbin, as Trustee of the Gonzales Charitable Remainder Unitrust One, dated January 12, 2018. The assignment was made for the purposes of estate planning and administrative convenience.

I, Bradley J. Busbin, as Trustee of the Gonzales Charitable Remainder Unitrust One, dated January 12, 2018, hereby state that the Claim was not transferred for the purpose of commencing the case.

Date: 4/27/2018

BRADLEY J. BUSBIN, as Trustee of the Gonzales Charitable Remainder Unitrust One, dated January 12, 2018

## Assignment and Acceptance Agreement

THIS ASSIGNMENT AND ACCEPTANCE AGREEMENT (this "**Agreement**") is entered into the 27th day of April, 2018, by and between TOM GONZALES ("**Assignor**"), and BRADLEY J. BUSBIN, as Trustee of the Gonzales Charitable Remainder Unitrust One, dated January 12, 2018, whose address is 2295 S. Hiawassee Road, Suite 207, Orlando, Florida 32835 ("**Assignee**").

**WHEREAS**, Assignor is Plaintiff and has been awarded a judgment entered the 25th day of April, 2018, in the amount of $13,177,708.33, in the case of *Gonzales vs. Desert Land, LLC et al.* in the United State District Court, District of Nevada (Case Number 2:15-cv-00915-RCJ-VPC) ("**Judgment**") and

**WHEREAS**, Assignor desires to assign, transfer and sell to Assignee all of his interest in the Judgment.

**NOW, THEREFORE**, in consideration of the mutual covenants, terms and conditions set forth in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Assignment. Assignor hereby assigns and transfers to Assignee all of the Assignor's right, title and interest in and to the Judgment.

2. Acceptance. Assignee: (a) accepts the assignment of all of Assignor's right, title and interest in and to the Judgment.

3. Governing Law. This Agreement and all other instruments referred to herein shall be governed by, and shall be construed according to, the laws of the State of Florida, without regard to conflict of law rules.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date set forth above.

**Assignor:**

_____
TOM GONZALES

**Assignee:**

_____
BRADLEY J. BUSBIN, as Trustee of the Gonzales Charitable Remainder Unitrust One, dated January 12, 2018