**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*   **18-12454-LEB**        Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Desert Land, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 88-0367492 |

4.  Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Compass Investments, LLC**<br>**10181 Park Run Drive, #200**<br>**Las Vegas, NV 89145**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5.  Debtor's website (URL)

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor   **Desert Land, LLC**                                        Case number (*if known*)   **18-12454-LEB**
             Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Las Vegas, NV** | When | **5/10/11** | Case number | **11-17208-BAM** |
| District | **Nevada** | When | **5/31/02** | Case number | **02-16202-BAM** |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor   **See Attachment**                          Relationship

District                          When                Case number, if known

| Debtor | **Desert Land, LLC** | Case number *(if known)* | **18-12454-LEB** |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Operation of Desert Oasis Motel (located at 3965 Las Vegas Blvd. S.) and rental property (located at 3953 Las Vegas Blvd. S.; Insurance through the Leavitt Group, Phone No.: 702-382-4010).**

**Where is the property?**    **3965 Las Vegas Blvd. S.**
**Las Vegas, NV, 89119-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **Western Hospitality Insurance Group**

Contact name    **Sam Stovall**

Phone    **800-811-8433**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---



| Debtor | Desert Land, LLC | Case number (*if known*) | 18-12454-LEB |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 13, 2018**
MM / DD / YYYY

X   *David Gaffin* (signature)

Signature of authorized representative of debtor

David Gaffin

Printed name

Title    **Manager**

**18. Signature of attorney**

X   /s/ Lenard E. Schwartzer

Signature of attorney for debtor

Date   **July 13, 2018**
MM / DD / YYYY

**Lenard E. Schwartzer 0399**
Printed name

**Schwartzer & McPherson Law Firm**
Firm name

**2850 S. Jones Blvd., Suite 1**
**Las Vegas, NV 89146**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 228-7590**      Email address   **bkfilings@s-mlaw.com**

**0399 NV**
Bar number and State

Debtor   **Desert Land, LLC**
         _____          Case number *(if known)*   18-12454-LEB
         Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*   **18-12454-LEB**          Chapter   **11**

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Desert Oasis Apartments, LLC** | | | Relationship to you | | **Joint Debtor - Joint Admin** |
| --- | --- | --- | --- | --- | --- | --- |
| District | Nevada | When | 4/30/18 | Case number, if known | | **18-12456-LEB** |
| Debtor | **Desert Oasis Investments, LLC** | | | Relationship to you | | **Joint Debtor - Joint Admin** |
| District | Nevada | When | 4/30/18 | Case number, if known | | **18-12457-LEB** |
| Debtor | **SkyVue Las Vegas, LLC** | | | Relationship to you | | **Joint Debtor - Joint Admin** |
| District | Nevada | When | 4/30/18 | Case number, if known | | **18-12458-LEB** |

**Fill in this information to identify the case:**

Debtor name    **Desert Land, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-12454-LEB**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 13, 2018**          x  *David Gaffin*
                                          Signature of individual signing on behalf of debtor

                                          **David Gaffin**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Desert Land, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | **18-12454-LEB** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **David Stoebling c/o John Graves, Esq. 601 S. 6th Street Las Vegas, NV 89101** | | | **Disputed** | | | $144,000.00 |
| **Evolve Reporting Group, LLC 10080 Alta Drive #100 Las Vegas, NV 89145** | | | | | | $2,724.00 |
| **Hutchison & Steffen 10080 West Alta Drive #200 Las Vegas, NV 89145** | | | | | | $175,000.00 |
| **Las Vegas Valley Water District PO Box 2921 Phoenix, AZ 85062-2921** | | | | | | $1,500.00 |
| **Marquis Auerbach Coffing 10001 Park Run Drive Las Vegas, NV 89145** | | | | | | $22,000.00 |
| **Morse-Kruger & Associates, LLC 3140 S. Rainbow Blvd #402 Las Vegas, NV 89146** | | | | | | $5,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy



Debtor   **Desert Land, LLC**
   Name

Case number *(if known)*   **18-12454-LEB**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nevada Court Reporting 10080 Alta Drive #100 Las Vegas, NV 89145** | | | | | | $1,811.00 |
| **NV Energy 6626 W Sahara Avenue Las Vegas, NV 89146** | | | | | | $0.00 |
| **Republic Services 700 East Sahara Las Vegas, NV 89104** | | | | | | $0.00 |
| **Valley Lawn Care 9275 S. Jones Blvd. Las Vegas, NV 89104** | | | | | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Desert Land, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **18-12454-LEB** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $    243,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $    90,023,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $    333,523,500.00

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................................... $    79,946,872.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    4,914,735.00

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b

   $    84,861,607.00

**Fill in this information to identify the case:**

Debtor name    **Desert Land, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-12454-LEB**

☐ Check if this is an
    amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

                         Current value of
                         debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account
                                                              number

      3.1.   **Wells Fargo**                                                             **$7,500.00**

      3.2.   **Bank of America**                                                       **$10,000.00**

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$17,500.00**

| **Part 2:** | **Deposits and Prepayments** |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| **Part 3:** | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |
| --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Desert Land, LLC**
           Name                                              Case number *(if known)*  **18-12454-LEB**

---

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                           % of ownership | | |
| 15.1. | **Desert Oasis Investments, LLC**          99.5  % | Appraisal | $90,000,000.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | $90,000,000.00 |

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2007 Yukon** | $0.00 | | $6,000.00 |

---



Debtor  **Desert Land, LLC**
　　　　Name

Case number *(If known)* **18-12454-LEB**

| | |
|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
| 49. | **Aircraft and accessories** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** <br> Add lines 47 through 50.  Copy the total to line 87. | **$6,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**　**Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.　**Hacienda / Mandalay Bay Site** | **Fee Title** | **Unknown** | **Appraisal** | **$230,000,000.00** |
| 55.2.　**Desert Oasis Motel (Aspen Property)** | **Fee Title** | **Unknown** | **Appraisal** | **$13,500,000.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** <br> Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$243,500,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**　**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Desert Land, LLC** | Case number *(If known)* | **18-12454-LEB** |
|--------|----------------------|--------------------------|------------------|
|        | Name                 |                          |                  |

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Desert Land, LLC**
Name

Case number *(if known)*   **18-12454-LEB**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $90,000,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................> | | $243,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $90,023,500.00 | + 91b.  $243,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $333,523,500.00 |

**Fill in this information to identify the case:**

Debtor name __**Desert Land, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __**18-12454-LEB**__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Clark County Treasurer**<br>Creditor's Name<br><br>**500 S Grand Central Parkway**<br>**Las Vegas, NV 89155**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien | **$463,000.00** | **$0.00** |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 Clark County Treasurer SID #114B**<br>Creditor's Name<br><br>**South Strip Maintenance #114B**<br>**Los Angeles, CA 90074-7254**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien | Unknown | $0.00 |

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7274**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Desert Land, LLC** | Case number (if know) | **18-12454-LEB** |
|---|---|---|---|
| | Name | | |

- ◼ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Juniper Loan Servicing** | Describe debtor's property that is subject to a lien | **$16,500,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**c/o Lewis Roca Rothgerber Christie, LLP
ATTN: John Bragonje, Esq.
3993 Howard Hughes Parkway #600
Las Vegas, NV 89189**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

- ◼ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ◼ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/22/2008**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

- ◼ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **SEE ATTACHED ASPEN CREDITOR MATRIX** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

- ◼ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ☐ No
- ◼ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

- ◼ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Shotgun Creek Investments, LLC** | Describe debtor's property that is subject to a lien | **$17,633,872.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 998
Bellevue, WA 98009**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Desert Land, LLC**
Name

Case number (if know)    **18-12454-LEB**

---

Creditor's email address, if known

**Date debt was incurred**
**07/01/2009**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Shotgun Creek Las Vegas, LLC** | Describe debtor's property that is subject to a lien | $25,875,000.00 | $0.00 |

Creditor's Name

**PO Box 998**
**Bellevue, WA 98009**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Shotgun Investments Nevada, LLC** | Describe debtor's property that is subject to a lien | $5,875,000.00 | $0.00 |

Creditor's Name

**PO Box 998**
**Bellevue, WA 98009**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Desert Land, LLC | Case number (if known) | 18-12454-LEB |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Tom Gonzales** | Describe debtor's property that is subject to a lien | $13,600,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Mark Wray, Esq.**
**608 Lander Street**
**Reno, NV 89509**

Creditor's mailing address

**Breach of Contract Litigation - Judgment**
**Recorded 4/26/2018**

Describe the lien

**Judgment Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $79,946,872.00 |
|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name    **Desert Land, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-12454-LEB**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                 **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,700.00** |
|---|---|---|---|

**Citation Hangar, LLC**
**10181 Park Run #200**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$144,000.00** |
|---|---|---|---|

**David Stoebling**
**c/o John Graves, Esq.**
**601 S. 6th Street**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500,000.00** |
|---|---|---|---|

**Desert Land LLC**
**10181 Park Run Drive**
**#200**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,724.00** |
|---|---|---|---|

**Evolve Reporting Group, LLC**
**10080 Alta Drive #100**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      50028      Best Case Bankruptcy

| Debtor | Desert Land, LLC | Case number (if known) | 18-12454-LEB |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|---|---|---|---|

**Hutchison & Steffen**
**10080 West Alta Drive #200**
**Las Vegas, NV 89145**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Las Vegas Valley Water District**
**PO Box 2921**
**Phoenix, AZ 85062-2921**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,000.00 |
|---|---|---|---|

**Marquis Auerbach Coffing**
**10001 Park Run Drive**
**Las Vegas, NV 89145**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Morse-Kruger & Associates, LLC**
**3140 S. Rainbow Blvd**
**#402**
**Las Vegas, NV 89146**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,811.00 |
|---|---|---|---|

**Nevada Court Reporting**
**10080 Alta Drive #100**
**Las Vegas, NV 89145**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NV Energy**
**6626 W Sahara Avenue**
**Las Vegas, NV 89146**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Republic Services**
**700 East Sahara**
**Las Vegas, NV 89104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Desert Land, LLC | Case number (if known) | 18-12454-LEB |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Valley Lawn Care**
**9275 S. Jones Blvd.**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                    0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $        4,914,735.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $        4,914,735.00 |

Fill in this information to identify the case:

Debtor name  **Desert Land, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **18-12454-LEB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **30 Day Lease of Vacant Land** | |
| | | **$75,000/year** | **American Ninja Warrior 10** |
| | State the term remaining | | **c/o ConAm Productions Inc.** |
| | | | **4130 Cahuenga Blvd.** |
| | List the contract number of any government contract | | **Suite 315** |
| | | | **North Hollywood, CA 91602** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Hospitality Associates** **$1000/month** | |
| | State the term remaining | | **Desert Oasis Motel Management** |
| | List the contract number of any government contract | | **16114 E Indiana Ave #200** |
| | | | **Spokane, WA 99216** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Lease** | |
| | | **$1500/month** | |
| | State the term remaining | | **Psychic Session** |
| | List the contract number of any government contract | | **3953 S. Las Vegas Blvd** |
| | | | **Las Vegas, NV 89119** |

Official Form 206G                     Schedule G: Executory Contracts and Unexpired Leases                                Page 1 of 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Desert Land, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __**18-12454-LEB**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | David Gaffin | 10181 Park Run Drive #200 Las Vegas, NV 89145 | David Stoebling | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.2 | David Gaffin | 10181 Park Run Drive #200 Las Vegas, NV 89145 | SEE ATTACHED ASPEN CREDITOR MATRIX | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Desert Land Investments, LLC | 10181 Park Run Drive #200 Las Vegas, NV 89145 | Tom Gonzales | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Desert Oasis Apartments, LLC | 10181 Park Run Drive #200 Las Vegas, NV 89145 | Tom Gonzales | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Howard Bulloch | 10181 Park Run Drive #200 Las Vegas, NV 89145 | David Stoebling | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |



| Debtor | Desert Land, LLC | | Case number *(if known)* | 18-12454-LEB |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Howard Bulloch** | 10181 Park Run Drive #200<br>Las Vegas, NV 89145 | **SEE ATTACHED ASPEN CREDITOR MATRIX** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **SkyVue Las Vegas, LLC** | 10181 Park Run Drive #200<br>Las Vegas, NV 89145 | **Tom Gonzales** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **SkyVue Las Vegas, LLC** | 10181 Park Run Drive #200<br>Las Vegas, NV 89145 | **Shotgun Creek Investments, LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **SkyVue Las Vegas, LLC** | 10181 Park Run Drive #200<br>Las Vegas, NV 89145 | **Shotgun Creek Las Vegas, LLC** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **SkyVue Las Vegas, LLC** | 10181 Park Run Drive #200<br>Las Vegas, NV 89145 | **Shotgun Investments Nevada, LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Desert Land, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-12454-LEB**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business ■ Other **Lease: Psychic Session** | **$6,000.00** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ☐ Operating a business ■ Other **Lease: ANWIO** | **$60,000.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business ■ Other **Lease: Psychic Session** | **$18,000.00** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ☐ Operating a business ■ Other **Lease: ANWIO** | **$60,000.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business ■ Other **Lease: Psychic Session** | **$18,000.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business ■ Other **Lease: ANWIO** | **$60,000.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business ■ Other **Lease** | **$75,000.00** |

Debtor    **Desert Land, LLC**                                                Case number *(if known)*  **18-12454-LEB**

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$501,068.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Howard Bulloch**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | **$900 Monthly** | **$10,800.00** | **Management Fee** |
| 4.2.  **David Gaffin**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | **$600 Monthly** | **$7,200.00** | **Management Fee** |
| 4.3.  **SkyVue Las Vegas**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | | **$2,500.00** | |
| 4.4.  **Desert Land, LLC**<br><br>**Affiliate** | | **$60,000.00** | **Repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 2

| Debtor | **Desert Land, LLC** | Case number *(if known)* **18-12454-LEB** |
|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **David Stoebling, Plaintiff<br>v.<br>Desert Land, LLC, Defendant<br>A-16-7331123-C** | Civil | **US District Court - District of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Sher Development et al, Plaintiff<br>v.<br>Desert Land, LLC, Defendant<br>A-16-743298-B** | Civil | **US District Court - District of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Tom Gonzalez, Plaintiff<br>v.<br>Desert Land, LLC, Defendant<br>2:13-CV-00931-RCJ** | Civil | **US District Court - District of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Gonzalez v. Desert Land<br>2:15-cv-00915-RCJ** | Breach of Contract | **US District Court of Nevada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Desert Land, LLC**                                         Case number *(if known)*    **18-12454-LEB**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Schwartzer & McPherson Law Firm** **2850 S. Jones Blvd. Suite 1** **Las Vegas, NV 89146** | | **3/29/2018** | **$25,000.00** |
| | **Email or website address** **bkfilings@s-mlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

| Debtor | Desert Land, LLC | Case number (if known) | 18-12454-LEB |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Desert Land, LLC**                                                          Case number *(if known)*  **18-12454-LEB**

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **3965 S. Las Vegas Blvd. Las Vegas, NV** | | **Asbestos** | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

---

| Debtor | Desert Land, LLC | Case number *(if known)* 18-12454-LEB |
|---|---|---|

**Name and address**

Date of service
From-To

26a.1.   **Comish Powell & Almus CPA**
922 N Beaver St
Flagstaff, AZ 86001

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

If any books of account and records are
unavailable, explain why

26c.1.   **Hospitality Associates**
16114 E. Indiana Ave. Suite 200
Spokane, WA 99216

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Skyvue Las Vegas, LLC | | Equity | 99.5 |
| Bruce E. Bulloch | | Equity | .5 |
| Howard Bulloch | 10181 Park Run Drive #200 Las Vegas, NV 89145 | Manager | 0 |
| David Gaffin | 10181 Park Run Drive #200 Las Vegas, NV 89145 | Manager | 0 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in



Best Case Bankruptcy

Debtor    **Desert Land, LLC**                                    Case number (*if known*)  **18-12454-LEB**

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Howard Bulloch**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | **$10,800 Annual** | **1st of every month** | **Manager's Oversight** |
| | **Relationship to debtor** | | | |
| 30.2 | **David Gaffin**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | **$7200 annually** | **1st of every month** | **Manager's Oversight** |
| | **Relationship to debtor** | | | |
| 30.3 | **Desert Land**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | **60,000.00** | | **Repayment** |
| | **Relationship to debtor**<br>**Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the parent corporation**

Debtor    **Desert Land, LLC**                                          Case number *(if known)*  **18-12454-LEB**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 13, 2018__

_____          **David Gaffin**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **Desert Land, LLC**

Debtor(s)

Case No.  **18-12454-LEB**

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Assist Debtor in carrying out its duties as a debtor in possession. Preparation of and prosecution of Plan of Reorganization and Disclosure Statement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of debtor in the event the case is converted to a case under Chapter 7 or a Chapter 11 trustee is appointed.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 13, 2018** | /s/ Lenard E. Schwartzer |
| _Date_ | **Lenard E. Schwartzer 0399** |
| | _Signature of Attorney_ |
| | **Schwartzer & McPherson Law Firm** |
| | **2850 S. Jones Blvd., Suite 1** |
| | **Las Vegas, NV 89146** |
| | **(702) 228-7590  Fax: (702) 892-0122** |
| | **bkfilings@s-mlaw.com** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## District of Nevada

In re  **Desert Land, LLC**

Debtor(s)

Case No.  **18-12454-LEB**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Bruce E. Bulloch**<br>**10181 Park Run Drive, #200**<br>**Las Vegas, NV 89145** | | | **.5% of Equity** |
| **SkyVue Las Vegas, LLC**<br>**10181 Park Run Drive #200**<br>**Las Vegas, NV 89145** | | | **99.5% of Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 13, 2018**

Signature _David Gaffin_
**David Gaffin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.



**United States Bankruptcy Court**
**District of Nevada**

In re   **Desert Land, LLC** _____   Case No.   **18-12454-LEB** _____
                          Debtor(s)                                          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 13, 2018** _____         _____
                                              **David Gaffin/Manager**
                                              Signer/Title

Desert Land, LLC
c/o Compass Investments, LLC
10181 Park Run Drive, #200
Las Vegas, NV 89145

Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

American Ninja Warrior 10
c/o ConAm Productions Inc.
4130 Cahuenga Blvd.
Suite 315
North Hollywood, CA 91602

Brigid Higgins, Esq.
3960 Howard Hughes Pkwy.
#900
Las Vegas, NV 89169

Citation Hangar, LLC
10181 Park Run #200
Las Vegas, NV 89145

Clark County Treasurer
500 S Grand Central Parkway
Las Vegas, NV 89155

Clark County Treasurer SID #114B
Acct No xxxx x7274
South Strip Maintenance #114B
Los Angeles, CA 90074-7254

David Gaffin
10181 Park Run Drive #200
Las Vegas, NV 89145

David Stoebling
c/o John Graves, Esq.
601 S. 6th Street
Las Vegas, NV 89101

Desert Land Investments, LLC
10181 Park Run Drive #200
Las Vegas, NV 89145

Desert Land LLC
10181 Park Run Drive
#200
Las Vegas, NV 89145

Desert Oasis Apartments, LLC
10181 Park Run Drive #200
Las Vegas, NV 89145

Desert Oasis Motel Management
16114 E Indiana Ave #200
Spokane, WA 99216

Evolve Reporting Group, LLC
10080 Alta Drive #100
Las Vegas, NV 89145

Howard Bulloch
10181 Park Run Drive #200
Las Vegas, NV 89145

Hutchison & Steffen
10080 West Alta Drive #200
Las Vegas, NV 89145

Juniper Loan Servicing
c/o Lewis Roca Rothgerber Christie, LLP
ATTN: John Bragonje, Esq.
3993 Howard Hughes Parkway #600
Las Vegas, NV 89189

Las Vegas Valley Water District
PO Box 2921
Phoenix, AZ 85062-2921

Liane Wakayama
10001 W. Park Run Drive
Las Vegas, NV 89135

Marquis Auerbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Morse-Kruger & Associates, LLC
3140 S. Rainbow Blvd
#402
Las Vegas, NV 89146

Nevada Court Reporting
10080 Alta Drive #100
Las Vegas, NV 89145

NV Energy
6626 W Sahara Avenue
Las Vegas, NV 89146

Psychic Session
3953 S. Las Vegas Blvd
Las Vegas, NV 89119

Renee Reuther, Esq.
3800 Howard Hughes Parkway
#1200
Las Vegas, NV 89169

Republic Services
700 East Sahara
Las Vegas, NV 89104

SEE ATTACHED ASPEN CREDITOR MATRIX


Shotgun Creek Investments, LLC
PO Box 998
Bellevue, WA 98009

Shotgun Creek Las Vegas, LLC
PO Box 998
Bellevue, WA 98009

Shotgun Investments Nevada, LLC
PO Box 998
Bellevue, WA 98009

SkyVue Las Vegas, LLC
10181 Park Run Drive #200
Las Vegas, NV 89145

Steve Morris, Esq.
411 E. Bonneville Ave.
#360
Las Vegas, NV 89101

Terry Coffing, Esq.
10001 W Park Run Drive
Las Vegas, NV 89135

Tom Gonzales
c/o Mark Wray, Esq.
608 Lander Street
Reno, NV 89509

Valley Lawn Care
9275 S. Jones Blvd.
Las Vegas, NV 89104

# United States Bankruptcy Court
### District of Nevada

In re   **Desert Land, LLC**

Debtor(s)

Case No.   **18-12454-LEB**
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Desert Land, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SkyVue Las Vegas, LLC**
**10181 Park Run Drive #200**
**Las Vegas, NV 89145**

☐ None [*Check if applicable*]

**July 13, 2018**

Date

/s/ Lenard E. Schwartzer
**Lenard E. Schwartzer 0399**
Signature of Attorney or Litigant
Counsel for   **Desert Land, LLC**
**Schwartzer & McPherson Law Firm**
**2850 S. Jones Blvd., Suite 1**
**Las Vegas, NV 89146**
**(702) 228-7590 Fax:(702) 892-0122**
**bkfilings@s-mlaw.com**

Name, Address, Telephone No. & I.D. No.
**Lenard E. Schwartzer 0399**
**2850 S. Jones Blvd., Suite 1**
**Las Vegas, NV 89146**
**(702) 228-7590**
**0399 NV**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**Desert Land, LLC**

BANKRUPTCY NO. **18-12454-LEB**
CHAPTER NO. **11**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] ___**David Gaffin**___ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: ___**July 13, 2018**___

Signed: _David Gaffin_ (signature)

**David Gaffin/Manager**
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: ___**July 13, 2018**___

Signed: /s/ Lenard E. Schwartzer

**Lenard E. Schwartzer 0399**
Attorney for Debtor(s)

# EXHIBIT "A"

```
                         Aspen Creditor Matrix TXT File
1989 WALKER FAMILY TRUST
1583 STATE RT 60
ASHLAND OH 44805

401 PROFIT SHARING PLAN
4670 PENNELL RD
SANTA BARBARA CA 93111-1304

ALBERT BRICHAUX & DIANE B MONTANO
3930 CANDLEGLOW CT
LAS VEGAS NV 89147

ANDREA GLENN, IRA
2129 REDBIRD DR
LAS VEGAS NV 89134-6101

ANGELO J ARMINIO
10 ARMINIO LANE
OAKLEY CA 94561

ANTHONY C & LINDA A PUSATERI
9328 FONTAIN BLEU DR
LAS VEGAS NV 89145

ARTHUR J & MARGARET GILBERT REV TR
2830 ELK CANYON COURT
LAS VEGAS NV 89117

BARON H WINDHAM
1735 N. FIFTH STREET
HEARTSVILLE SC 29550

BESSIE CHACHAS
5528 HIGH WAGER WAY UNIT 103
LAS VEGAS NV 89122

Beverly R Gaffin Living Trust
10181 Park Run Drive #200
LAS VEGAS NV 89145

BONNIE LALLY
9112 SONGWOOD CT.
LAS VEGAS NV 89129

BRADLEY A AND VIRGINIA A WEBB
2334 BLACK RIVER FALLS DR
HENDERSON NV 89044
```

```
                          Aspen Creditor Matrix TXT File
BRADLEY AND MARJORIE ANDERSON
1825 MOUNTAIN RANCH AVE
HENDERSON NV 89012

BRUCE E SNYDER AND JULIE E SNYDER
2290 DRIFTWOOD TIDE AVE
HENDERSON NV 89052

BRYAN AND SUSAN M THOMPSON
5980 KEVIN WAY
LAS VEGAS NV 89149

BRYAN STEIN
9922 GIERSON AVE
CHATSWORTH CA 91311

Bulloch Bruce Trustee
10181 Park Run Drive #200
LAS VEGAS NV 89145

Bulloch Children's Trust
10181 Park Run Drive #200
LAS VEGAS NV 89145

Bulloch Howard Roth
10181 Park Run Drive #200
LAS VEGAS NV 89145

BYRON AND DOROTHY BEIER
4985 HIGHWAY 95 #236
PARKER AZ 85344

C J HANSEL-SEAFORT
1604 MURRELL PL
MURRELLS INLET SC 29576

CLIFFORD & CAROLYN LAWRENCE REVFAMTR
PO BOX 281344
LAMOILLE NV 89828

CLIFFORD AND INEZ BARRON
2648 LA COSTA AVE
CARLSBAD CA 92009

CLIFFORD WANGERIN, IRA
454 OPAL DRIVE
HENDERSON NV 89015
```



Aspen Creditor Matrix TXT File

CLYDE ROGER REYNOLDS
2560 HARRISON DR
CHINO VALLEY AZ 86323

Compass Investments Holdings LLC
10181 Park Run Drive #200
LAS VEGAS NV 89145

DANIEL C MUHA
1047 BRANDYWINE DRIVE
HESMITAGE PA 16148-4321

DANNI LEA NEILSEN
1030 CODY STREET
LAKEWOOD CO 80215

DAVID B AND JUDITH ANN MARTIN, TTEES
6719 SYCAMORE VIEW ST
LAS VEGAS NV 89131

DAVID STOEBLING, ESQ
5001 RIVER GLEN DR #40
LAS VEGAS NV 89103

DAVIDSON 1992 TRUST
4916 CENTER ST APT 401
MURRAY UT 84107

DEBORAH L MUHA, IRA
12840 HAMMOCK CROSSING
PALM BEACH GARDENS FL 33418

DEBRA HAECKER, EXECUTER ESTATE OS SANDRA TUFT
590 EL DORADO AVE #204
OAKLAND CA 94611

DENISE CROTTS CUST FBO KALE CROTTS
8790 DESERT BROOK CIRCLE
LAS VEGAS NV  89149

DENISE O CROTTS
8790 DESERT BROOK CIRCLE
LAS VEGAS NV 89149

DENISE O CROTTS CUSTODIAN FOR JACOB R CROTTS
8790 DESERT BROOK CIRCLE
LAS VEGAS NV 89149

Aspen Creditor Matrix TXT File

Desert Land Loan Acquistions, LLC
10181 Park Run Drive #200
LAS VEGAS NV 89145

DONDERO SURVIVORS TRUST
1930 VILLAGE CENTER CIR #3-273
LAS VEGAS NV 89134

DONYA LOUISE CANFIELD O'DONNELL
216 N 5TH AVE
CASPER WY 82604

DOROTHY GOODMAN ITF GARY F GOODMAN
650 HARRISON AVE
CLAREMONT CA 91711

DOROTHY GOODMAN ITF RANDALL GOODMAN
650 HARRISON AVE
CLAREMONT CA 91711

DOROTHY GOODMAN ITF STEVEN T GOODMAN
650 HARRISON AVE
CLAREMONT CA 91711

E KENNETH STANCZYK
302 MULBERRY AVE
BEATRICE NE  68310

ED AND MICH FAMILY L P
836 TEMPLE ROCK CT
BOULDER CITY NV  89005

ELIZABETH ANDERSON
3109 ENDEAVOR COURT
LAS VEGAS NV 89134

ELIZABETH GOUSSET LIVING TRUST
5 CHARLETON PLACE
OAK BROOK IL 60523

ELKINS FAMILY 1994 REV LIVING TRUST
480 N PALISADES DR
OREM UT 84097-4300

ERIC ALAN EVANS
15508 W BELL RD #101-150
SURPRISE AZ 85374



Aspen Creditor Matrix TXT File

EXEMPTION TRUST OF THE C R JOHNSON
10025 ROLLING GLEN CT
LAS VEGAS NV 89117

FION M TANG
154 ELDERBERRY LN
BRISBANE CA 94005

FIRST CAPITAL TRUST LLC
4120 DOUGLAS BLVD. SUITE 363
GRANITE BAY CA 95746

FLORENCE BOLATIN LIVING TRUST
48 MAIN ST
STONY BROOKS NY 11790

FRANK & MARY ARMINIO
20162 N OXBOW LANE
MARICOPA AZ 85138-3451

Gaffin Children's Trust
10181 Park Run Drive #200
LAS VEGAS NV 89145

Gaffin Margit IRA
10181 Park Run Drive #200
LAS VEGAS NV 89145

GANESAN AND MARIA SUBBARAMAN
1 STALLION RD
BELL CANYON CA 91307

GARCELL & HERTZ REVOC FAMILY TRUST
9200 GOLDEN EAGLE DR
LAS VEGAS NV 89134

GARY AND DENISE HOPKINS
5690 S TOM BAY CT
BENNETT CO 80102

GARY F GOODMAN
1627 GOODMAN AVE
REDONDO BEACH CA 90278

GARY HARRINGTON, IRA
4950 PEBBLE BEACH DR
FLAGSTAFF AZ 86004

Aspen Creditor Matrix TXT File

GENE GORNNERT
900 SOUTH GAYLORD ST
DENVER CO 80209

GENE L AND SALLY MCINTYRE
399 SEDONA DR
COLORADO SPRINGS CO 80921

GENE'S MARINE
1645 N BOULDER HWY #C
HENDERSON NV 89011

GEORGE CHACHAS
P O BOX 151171
ELY NV 89315

GEORGE L HARDIN TRUST
5866 GRECHETTO COURT
LAS VEGAS NV 89141

GERALD AND MARILYN POSSTER
1846 MOUNTAIN RANCH AVE
HENDERSON NV 89012

GIDGET GRITTINI
7650 SKYLIGHT LANE
LAS VEGAS NV 89183

GISELA SIMONS OR JOHN KUNZ
30296 NORTH WHEAT RIDGE RD
ATHOL ID 83801

GLASER LIVING TRUST, UT 1/26/78
9595 WILSHIRE BLVD #405
BEVERLY HILLS CA 90212

GLENN AND NINA MILLER
44 HILLSIDE AVE
ORCHARD PARK NY 14127-1016

GLENN D GORNNERT
11 KISCO PARK DRIVE
MT KISCO NY 10549

GOMAR COMPANY
16103 TUPPER STREET
NORTH HILLS CA 91343

Aspen Creditor Matrix TXT File

GOODWIN A MACEY LIVING TRUST
631 JACKSON ST
DENVER CO 80206

GREENWOOD FAMILY TRUST
2833 SUMTER VALLEY CIR
HENDERSON NV 89052

GREGORY M ASHE
814 Rockefeller
IRVINE CA 92616

Gulfstream Irrevocable Trust
10181 Park Run Drive #200
LAS VEGAS NV 89145

HEIDI SARNO STRAUS
9217 WHITE TAIL DRIVE
LAS VEGAS NV 89134

HELEN HERMANSON
4931 BAYSHORE RD
SARASOTA FL 34234

HOWARD W HAMILTON III LIVING TRUST
733 GULL POINT AVE
LAS VEGAS NV 89123

INEZ ROSE REILEY LIVING TRUST
725 ANN DR
LAS VEGAS NV 89109

J D EYSTAD & M A ARMINIO REVOC TRUST
P O BOX 287
LUKEVILLE AZ 85341

JAMES BECKSTEAD
327 QUIET HARBOR DRIVE
HENDERSON NV 89052

JAMES C CHACHAS TRUST
2400 EL CORTEZ
LAS VEGAS NV 89102

JAMES G AND HELEN L PEABODY
1312 E CASTLEVIEW AVE
VISALIA CA 93292

Aspen Creditor Matrix TXT File

JEANNIE L MAGDEFRAU
525 LAFAYETTE ST. # 706
BATON ROUGE LA 70802

JERRY ALAN BLANCKAERT JR LIVING
8416 PASEO VISTA DR
LAS VEGAS NV 89128

JOANNA POLLARD LIVING TRUST
2330 SHOREWOOD HILLS AVE
HENDERSON NV 89052

JOE P SCHWAN FAMILY TRUST
11420 RANCHO PORTENA
LAS VEGAS NV 89138

JOHN AND LORILYNN BOWLES
3101 PORT SIDE DR
LAS VEGAS NV 89117

JOHN BEUCHAT AND ALEBERT BRICHAUX
P O BOX 7152
KETCHUM ID 83340

JOHN C JEFFREY
3109 ENDEAVOR CT
LAS VEGAS NV 89134

JOHN J CONDEMI
5244 CAGNEY COURT
LAS VEGAS NV 89103

JOHN MATVIAK
2201 RAMSGATE DRIVE #813
HENDERSON NV 89074

JOHN W SWARTZ
6613 DELPHINIUM
LAS VEGAS NV 89108

JON G BASSETT
6315 W. MARY CT.
VISALIA CA 93277

JONATHAN BOLTER
3217 IDAHO PL
COSTA MESA CA 92626



Aspen Creditor Matrix TXT File

JORGE G COSSIO
11374 WINTER COTTAGE PL
LAS VEGAS NV 89135

JOSEPH AND HELEN BENOUALID
7070 SHOAL CT
CARLSBAD CA 92011

JOSEPH D EYSTAD & MARY ANN ARMINIO
P O BOX 287
LUKEVILLE AZ 85341

KARL AND VIRGINIA HARRISON, TTEES
7060 SWEETHEART CIRCLE
LAS VEGAS NV 89118

KENNETH G MORGAN LIVING TRUST
2645 SUSANDAY DRIVE
ORLANDO FL 32812

KENNETH W HAROUFF
7503 SPRINGVALE DR
LOUISVILLE KY 40241

Kent & Rebecca Wagner
10181 Park Run Drive #200
LAS VEGAS NV 89145

KEVIN AND PATRICIA ENGLISH
4960 TROCHA WAY
SANTA BARBARA CA 93111

KEVIN SPEIRS
4532 JULESBURG DR
LAS VEGAS NV 89139

KIMBERLY A CASEY
65 JEFFERSON PLACE
MASSAPEQUA NY 11758

LEE AND KAREN IVEY
22 HIGHWAY 208
YERINGTON NV 89447

LEE MAEN
1455 SEABRIGHT PL
BEVERLY HILLS CA 90210

Aspen Creditor Matrix TXT File

LEON H AND NYDA D MARX
9260 STANGE AVE
LAS VEGAS NV 89129-2617

LEWIS R SHER
333 WEYMOUTH
SAN PEDRO CA 90732

LINDA LUND
3015 WEDEKIND
SPARKS NV 89431

LISA R GORLICK, CUSTODIAN FOR
8825 ROBINSON RIDGE
LAS VEGAS NV 89117

LOUISE ELLSWORTH
168 TIMBER LAKES ESTATES
HEBER CITY UT 84032

LOUISE M NIX LIVING TRUST
2000 SUMMER COVE CT #103
LAS VEGAS NV 89134

LT COL MICHAEL P & DARLENE L SLATER
22356 BELLE TERRA DRIVE
ASHBURN VA 20148

LYLE OR CLAUDIA SENFIELD
PO BOX 34163
RENO NV 89533

MACK AND TRACY CLAYTON
360 PEACEFUL STREET
LAS VEGAS NV 89110

MAREN E WAGNER TRUST
1500 CUTLER DR
LAS VEGAS NV 89117

MARIAN SMITHSON TRUST
1677 ASPEN VILLAGE WAY
WEST COVINA CA 91791

MARILYN F JACKSON, TTEE OF THE
8630 NEVSO DR 266
LAS VEGAS NV 89147



Aspen Creditor Matrix TXT File

MARION BELL
2072 WEST FRESH AIRE ST
FLAGSTAFF AZ 86001

MARK E JONAH
7524 W EDNA AVE
LAS VEGAS NV 89117

MATTHEW T TERRACIN C/O JAMES ALEXANDER
301 VILLAGE DRIVE #477
KING OF PRUSSIA PA 19406

MAXINE ZELKIND TRUST
4670 PENNELL RD
SANTA BARBARA CA 93111-1304

MCCONNELL CAPITAL, LLC
7 STONEMARK DR
HENDERSON NV 89052

MCKENNA FAMILY TRUST DTD 12/19/02
1817 GLENVIEW DR
LAS VEGAS NV 89134

MEENAKSHI SUBBARAMAN OR
1 STALLION RD
BELL CANYON CA 91307

MICHAEL AND PHYLLIS NESLER
2609 LEGEND DRIVE
LAS VEGAS NV 89134

MICHAEL K M AND JULIE CHIU AU
415 SOUTH ST #4201
HONOLULU HI 96813

MYLINH TANG
2675 ALDER BRIDGE COURT
RENO NV 89521

NANCY G O'NEIL
4359 BEEKMAN PL
SARASOTA FL 34235-2288

NANCY HODGES, TRUSTEE
20923 LAKESHORE DR



Aspen Creditor Matrix TXT File

SPRINGDALE AR 72764

OKLAHOMA SUNRISE INVESTMENT, PATRICIA SANCHEZ
448 LOS FELIZ STREET
LAS VEGAS NV 89110

PAMELA F WAERS
1852 MOUNTAIN RANCH AVE
HENDERSON NV 89012-6173

PATRICIA COX
2148 MOUNTAIN CITY ST
HENDERSON NV 89052

PATRICK AND CLARA CARMEN DERMODY
954 ROSEBERRY DR
LAS VEGAS NV 89138

PAUL LANTZ
3225 WESTWIND ROAD
LAS VEGAS NV 89146

PAULA ARMINIO
19834 N HERON CT
MARICOPA AZ 85138-3976

PRINCE FAMILY TRUST
9289 SUN TERRACE CT
LAS VEGAS NV 89117

R.R.I. INC
3102 MEADOW FLOWER AVE
N LAS VEGAS NV 89031-0530

RANDI LANGFORD-HETRICK,
2011 W TOLEDO PL
LA HABRA CA 90631

RAYMOND SALAZAR
2585 E HACIENDA
LAS VEGAS NV 89120

RICHARD ALLEN BRUNO
2426 PALOMINO LN
LAS VEGAS NV 89107

RICHARD AND DINEEN SISSON
10242 WHITETAIL DRIVE

Aspen Creditor Matrix TXT File

OAKDALE CA 95361


RICHARD AND KATHY MCCORMICK
2695 TUSCAN WAY
SPARKS NV 89434

RICHARD GENE MCCORMICK
P O BOX 5282
ETNA WY 83118

ROBERT AND ADELE LEVINE
7148 CAPISTRANO AVE
WEST HILLS CA 91307

ROBERT L BOWELL TRUST
4406 FRANCE AVE
EDINA MN 55410

ROBERT L OLDEN
4750 VIA TORINO
LAS VEGAS NV 89103

ROBERT M AND CARLA SHERWOOD
3793 CRAVENS RD
MANSFIELD MO 65704

ROBERT M PESICK
4687 CALLE DE NUBES
LAS CRUCES NM 88012

ROBERT READER & DUANGCHAI THONGMEELARK
9012 AVENUE POINT CIRCLE BLDG 18, #203
ORLANDO FL 32821

ROGERS-BARNETT FAMILY TRUST
PO BOX 577
WASHINGTON UT 84780

RONALD L AND CAROL G HANSEN
1066 VEGAS VALLEY DR
LAS VEGAS NV 89109

RONALD R AND SHANNON D LAUDIE
P O BOX 325
PLEASANT GROVE UT 84062

RONALD S PHELAN

Aspen Creditor Matrix TXT File

18634 E VIA DE PALMAS
QUEEN CREEK AZ 85142

RONALD W AND IDA A RUTHE
521 LARIAT LANE
HENDERSON NV 89014

ROYAL LIVING TRUST
5880 W QUAIL AVE
LAS VEGAS NV 89118

RUTH G SWINNEY
4476 LOS REYES CT
LAS VEGAS NV 89121

RYAN AND RACHEL MARTIN
11559 TREVI FOUTAIN AVE
LAS VEGAS NV 89138

SALLY S HYATT, TRUSTEE
6004 BUNGALOW BAY STREET
LAS VEGAS NV 89130

SHER DEVELOPMENT LLC
3111 BEL AIR DR 21-A
LAS VEGAS NV 89109

STEVE AND JODI RASKIN
3908 DEERGRASS CIRCLE
ROCKLIN CA 95677

STEVE R HOWELL
11745 FEINBERG PLACE
LAS VEGAS NV 89138

STEVEN F AND MARGARET E MILLER
6823 W IROQUOIS DR
SPOKANE WA 99208

STONE LAW OFFICE, C/O LYNDA C FLEMING
3295 N FORT APACHE RD #150
LAS VEGAS NV 89129

SUSAN LYNN PHILLIPS
1908 DAVINA ST
HENDERSON NV 89074

T BINGHAM FAMILY TRUST

Aspen Creditor Matrix TXT File

1209 VISTA DR
LAS VEGAS NV 89102


TAMARA A BOHN
9377 APACHE SPRINGS DR
LAS VEGAS  NV 89117-6426

TAMARA M LEVINE
7148 CAPISTRANO AVE
WEST HILLS CA 91307

TERENCE E & CATHERINE A WAGNER
PO BOX 262
EDGERTON WI 53534

TERRY L BELL 1998 IRREVOCABLE TRUST
204 BEARGRASS CIRCLE
WHITEFISH MT 59937

THE 1991 MATHER FAMILY TRUST
10401 W CHARLESTON # C 302
LAS VEGAS NV 89135

THE ANDREW J LANGEL FAMILY TRUST
5106 EUGENE AVE
LAS VEGAS NV 89108

THE C.E. LANGFORD TRUST
8630 W NEVSO DR APT 266
LAS VEGAS NV 89147

THE CLIFFORD & CHERYE WANGERIN TRUST
454 OPAL DRIVE
HENDERSON NV 89015

THE DANIEL M & M 1991 LIVING TRUST
209 SAINT THOMAS DR
OAK PARK CA 91377

THE DOLOWY TRUST
4924 AMALFI WAY
OXNARD CA 93035

THE HAWLEY FAMILY TRUST
10008 SAIL LANDING CT
LAS VEGAS NV 89117

```
                        Aspen Creditor Matrix TXT File
THE LAWRENCE J KREEFT REV FAM TRUST
14 CONGRESSIONAL CT
LAS VEGAS NV 89113


THE LEAVITT FAMILY TRUST
1970 TERRA VISTA WAY
LAS VEGAS NV 89117

THE MARIE PALU TRUST
P O BOX 4386
INCLINE VILLAGE NV 89450

THE MCCOMAS FAMILY TRUST DTD 5/28/02
33278 PRIMERA PLACE
LOS ANGELES CA 90068

THE MS HARRISON FAMILY TRUST
P O BOX 57
WENATCHEE WA 98807

THE NEWBY 1984 TRUST
10201 RED BRIDGE AVE
LAS VEGAS NV 89134

THE RAIZIN FAMILY TRUST
2700 W RIVER RD
ST ANTHONY ID 83445

The Ranch, LLC
10181 Park Run Drive #200
LAS VEGAS NV 89145

The Ranch, LLC
10181 Park Run Drive #200
 LAS VEGAS NV 89145

THE T & V VALDOV TRUST
8629 ROBINSON RIDGE DR
LAS VEGAS NV 89117

THE VICKIE LYNN VALDOV TRUST
8629 ROBINSON RIDGE DR
LAS VEGAS NV 89117

THE WOLF 1988 TRUST
10508 LOMA PORTAL AVE
LAS VEGAS NV 89166
```

Aspen Creditor Matrix TXT File

THERESA TORDJMAN
8300 FULLMOON MAPLE AVE
LAS VEGAS NV 89117


THOMAS K BINGHAM
1209 VISTA DR
LAS VEGAS NV 89102

TIMOTHY B GALLAGHER LIVING TRUST
11374 WINTER COTTAGE PL
LAS VEGAS NV 89135

TOM AND STACIE L HANSEN
16749 W 69TH CIRCLE
ARVADA CO 80007

TRACI CORNELL
8501 N 59TH PLACE
PARADISE VALLEY AZ 85253

TROY AND ROBBIE R KELL
6640 N PIONEER WAY
LAS VEGAS NV 89131

VERONICA C WOLF TRUST
3662 CHICOPEE ST
LAS VEGAS NV 89147-6537

VICK FAMILY TRUST
6455 BLUFF DWELLERS AVE
LAS VEGAS NV 89131

VIVIAN A WEBER LIVING TRUST
2739 ARTIC ST
LAS VEGAS NV 89121

WADE AND CAROLYN LEAVITT
7881 W CHARLESTON #140
LAS VEGAS NV 89117

WALTER & CAROL BROELAND REVOC TRUST
3425 NORTHWOOD DR
OCEANSIDE CA 92058

WILLIAM & JANINE MARSHALL
3810 OVERPARK RD

Aspen Creditor Matrix TXT File

SAN DIEGO CA 92130-1831

WILLIAM H DELANEY
182 SATIN WOOD LN
PALM BEACH GARDENS FL 33410

WILLIAM J CASEY
11430 ANZIO CT
ALTA LOMA CA 91701

YARG, LLC
409 N COUNTRY LN UNIT 25
ST GEORGE UT 84770-8435

ZOE BROWN FAMILY TRUST
5850 WEST 3RD ST, STE 307
LOS ANGELES CA 90036