MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 – Fax
mwray@markwraylaw.com
Attorney for Petitioning Creditor
BRADLEY J. BUSBIN, AS TRUSTEE
OF THE GONZALES CHARITABLE
REMAINDER UNITRUST ONE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-18-12454-LEB |
| DESERT LAND, LLC, | Chapter 11 |
| Debtor. _____/ | (Jointly Administered with |
| In re | BK-S-18-12456-LEB, |
| | BK-S-18-12457-LEB, and |
| DESERT OASIS APARTMENTS, LLC, | BK-S-18-12458) |
| Debtor. _____/ | |
| In re | **DECLARATION OF MARK WRAY IN SUPPORT OF MOTION FOR APPOINTMENT OF CHAPTER 11 TRUSTEE** |
| DESERT OASIS INVESTMENTS, LLC, | |
| Debtor. _____/ | Hearing Date: August 28, 2018 |
| In re | Hearing Time: 9:30 a.m. |
| SKYVUE LAS VEGAS, LLC, | |
| Debtor. _____/ | |

-1-

I, Mark Wray, declare:

1. My name is Mark Wray and I am the attorney for Petitioning Creditor Bradley J. Busbin, as Trustee of the Gonzales Charitable Remainder Unitrust One.

2. I am also the attorney for Tom Gonzales in cases filed in the U.S. District Court for the District of Nevada *Gonzales v. Shotgun Investments Nevada, LLC, et al.,* Case No. 2:13-cv-00931-RCJ-VPC and *Gonzales v. Desert Land, LLC et al.*, Case No. 2:15-cv-00915-RJC-VPC.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition I took of Howard Bulloch on October 20, 2015.

4. Attached as Exhibit 2 is a true and correct copy of the Judgment and Memorandum filed by the Bankruptcy Appellate Panel on March 31, 2004 in BAP No. NV-03-1255-KRyB, which was admitted as Trial Exhibit 3 in Case No. 2:15-cv-00915-RCJ-VPC.

5. Attached as Exhibit 3 is a true and correct copy of the 2003 *Desert Land's Second Amended Plan of Reorganization*, which was admitted as Trial Exhibit 2 in Case No. 2:15-cv-00915-RCJ-VPC, of which I respectfully request the Court to take judicial notice.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the hearing on November 28, 2011 hearing in Case No. 3:11-cv-00613-RCJ-VPC containing statements made by Lenard Schwartzer.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition of Wayne Perry in Case No. 3:11-cv-00613-RCJ-VPC dated September 11, 2012.

8. Attached as Exhibit 6 is a true and correct copy of the excerpts of the deposition I took of Wayne Perry on October 28, 2015.

9. Attached as Exhibit 7 is a true and correct copy of excerpts of the deposition of Wayne Perry dated April 18, 2014.

1    10.    Attached as Exhibit 8 is a true and correct copy of excerpts of the deposition of David Gaffin in Case No. 3:11-cv-00613-RCJ-VPC dated April 5, 2012.

11.    Attached as Exhibit 9 is a true and correct copy of excerpts of the deposition of Howard Bulloch dated April 29, 2014.

12.    Attached as Exhibit 10 is a true and correct copy of excerpts of the deposition I took of David Gaffin on October 21, 2015.

13.    Attached as Exhibit 11 is a true and correct copy of excerpts of the deposition of Gregory Perry dated April 17, 2014.

14.    Attached as Exhibit 12 is a true and correct copy of the publicly-recorded Notice of Breach and Election to Sell Under Deed of Trust recorded July 10, 2017.

15.    Attached as Exhibit 13 is a true and correct copy of the Order filed March 27, 2018 in Case No. 2:15-cv-00915-RCJ-VPC, of which I respectfully request the Court to take judicial notice.

16.    Attached as Exhibit 14 is a true and correct copy of the Judgment filed April 25, 2018 in Case No. 2:15-cv-00915-RCJ-VPC, of which I respectfully request the Court to take judicial notice.

17.    Attached as Exhibit 15 is a true and correct copy of the Proof of Claim filed by Petitioning Creditor Bradley Busbin, of which I respectfully request the Court to take judicial notice.

18.    Attached as Exhibit 16 is a true and correct copy of the *Findings of Fact and Conclusions of Law* filed March 1, 2017 in *Sher Development, LLC v. Desert Land Loan Acquisition, LLC, et al.*, Case No. A-16-743298-B, of which I respectfully request the Court to take judicial notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 23, 2018 at Reno, Nevada.

                               ___*/s/ Mark Wray*_____
                               MARK WRAY

**CERTIFICATE OF SERVICE**

The undersigned employee of the Law Office of Mark Wray certifies that a true copy of the foregoing document was served via the Court's ECF System on July 23, 2018 to the following:

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com

MICHAEL N FEDER on behalf of Creditors BARON H. WINDHAM JR., IRA, DONDERO SURVIVORS TRUST, GREGG S. LAWRENCE SUBTRUST OF CLIFFORD LAWRENCE AND CAROLYN LAWRENCE REVOCABLE FAMILY TRUST DTD 9/30/96, JAMES C. CHACHAS TRUST, JONANNA POLLARD LIVING TRUST, LEWIS ROY SHER LIVING TRUST, PATRICK AND CLARA CARMEN DERMODY FAMILY TRUST, SHER DEVELOPMENT, LLC, TERRY L. BELL IRREVOCABLE TRUST, THE FRANK ARMINIO AND MARY ARMINIO REVOCABLE LIVING TRUST, THE JOE P. SCHWAN FAMILY TRUST, THE JOSEPH D. EYSTAD AND MARY ANN ARMINIO REVOCABLE TRUST DATED 09/03/03, THE NEWBY 1984 TRUST, THE PAUL L. GARCELL AND PAMELA HERTZ REVOCABLE FAMILY TRUST, VERONICA C. WOLF TRUST, VIVIAN A. WEBER LIVING TRUST, WALTER BROELAND AND CAROL BROELAND REVOCABLE TRUST, YARG, LLC, ANDREA DEANEAN GLENN, ANGELO JOHN ARMINIO, BESSIE CHACHAS, CATHERINE WAGNER, GEORGE CHACHAS, HELEN L. PEABODY, JAMES P. PEABODY, JANINE MARSHALL, LINDA JEAN LUND, MACK CLAYTON, MARK E. JONAH, TERRY WAGNER, TRACY L. CLAYTON, and WILLIAM MARSHALL
mfeder@dickinson-wright.com,
LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

JUSTIN J. HENDERSON on behalf of Creditor JUNIPER LOAN SERVICING CORPORATION
jhenderson@lrrlaw.com, cscruggs@lrrlaw.com

BRIGID M. HIGGINS on behalf of Creditors SHOTGUN CREEK FAMILY INVESTMENTS, LLC, SHOTGUN CREEK INVESTMENTS NEVADA, LLC, SHOTGUN CREEK INVESTMENTS, LLC, and SHOTGUN CREEK LAS VEGAS, LLC
bhiggins@blacklobello.law, dmeeter@blacklobello.law

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Creditor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Debtors DESERT LAND, LLC, DESERT OASIS APARTMENTS, LLC, DESERT OASIS INVESTMENTS, LLC
and SKYVUE LAS VEGAS, LLC
bkfilings@s-mlaw.com

LENARD E. SCHWARTZER on behalf of Jnt Admin Debtors DESERT OASIS APARTMENTS, LLC, DESERT OASIS INVESTMENTS, LLC and SKYVUE LAS VEGAS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal




            _____/s/ *Theresa Moore*_____