Lenard E. Schwartzer, Esq., NV Bar No. 399
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:bkfilings@s-mlaw.com
*Attorneys for Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>DESERT LAND, LLC,<br>Debtor. | BK-S- 18-12454 LEB<br><br>Chapter 11<br>(Jointly Administered with<br>BK-S- 18-12456-LEB, BK-S-18-12457-LEB<br>and BK-S-18-12458-LEB) |
| In re<br>DESERT OASIS APARTMENTS, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER: (1) APPROVING ADEQUACY OF DISCLOSURES IN PROPOSED DISCLOSURE STATEMENT AND (2) SETTING A CONFIRMATION HEARING, RECORD DATE AND DEADLINES FOR BALLOTING AND OPPOSITIONS TO CONFIRMATION** |
| In re<br>DESERT OASIS INVESTMENTS, LLC,<br>Debtor. | |
| In re<br>SKYVUE LAS VEGAS, LLC,<br>Debtor. | |

NOTICE IS HEREBY GIVEN that an *Order Granting Stipulation To Continue Hearing On Motion For Order: (1) Approving Adequacy Of Disclosures In Proposed Disclosure Statement And (2) Setting A Confirmation Hearing, Record Date And Deadlines For Balloting And Oppositions To Confirmation* [ECF No. 302] was entered on October 29, 2018, a copy of which is attached hereto.

Dated this 29th day of October, 2018.

/s/ *Lenard E. Schwartzer*
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 S. Jones, Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys for Debtor and Debtor in Possession*

Page 1 of 8

## CERTIFICATE OF SERVICE

1. I caused to be served the following document(s):

    a. Notice Of Entry Of Order Granting Stipulation To Continue Hearing On Motion For Order: (1) Approving Adequacy Of Disclosures In Proposed Disclosure Statement And (2) Setting A Confirmation Hearing, Record Date And Deadlines For Balloting And Oppositions To Confirmation.

2. I served the above-named document(s) by the following means to the persons as listed below:

    ■ a. **By ECF System (On 10/29/2018):**

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY

aaustin@fclaw.com, gkbacon@fclaw.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE

jdreher@downeybrand.com, mfrazier@downeybrand.com

MICHAEL N FEDER on behalf of Creditor BARON H. WINDHAM JR., IRA

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor DONDERO SURVIVORS TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor GREGG S. LAWRENCE SUBTRUST OF CLIFFORD LAWRENCE AND CAROLYN LAWRENCE REVOCABLE FAMILY TRUST DTD 9/30/96

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor JAMES C. CHACHAS TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor JONANNA POLLARD LIVING TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1 | wright.com;merwin@dickinson-wright.com
2 | MICHAEL N FEDER on behalf of Creditor LEWIS ROY SHER LIVING TRUST
3 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
4 | wright.com;merwin@dickinson-wright.com
5 | MICHAEL N FEDER on behalf of Creditor PATRICK AND CLARA CARMEN DERMODY
6 | FAMILY TRUST
7 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
8 | wright.com;merwin@dickinson-wright.com
9 | MICHAEL N FEDER on behalf of Creditor SHER DEVELOPMENT, LLC
10 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
11 | wright.com;merwin@dickinson-wright.com
12 | MICHAEL N FEDER on behalf of Creditor TERRY L. BELL IRREVOCABLE TRUST
13 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
14 | wright.com;merwin@dickinson-wright.com
15 | MICHAEL N FEDER on behalf of Creditor THE FRANK ARMINIO AND MARY ARMINIO
16 | REVOCABLE LIVING TRUST
17 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
18 | wright.com;merwin@dickinson-wright.com
19 | MICHAEL N FEDER on behalf of Creditor THE JOE P. SCHWAN FAMILY TRUST
20 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
21 | wright.com;merwin@dickinson-wright.com
22 | MICHAEL N FEDER on behalf of Creditor THE JOSEPH D. EYSTAD AND MARY ANN
23 | ARMINIO REVOCABLE TRUST DATED 09/03/03
24 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
25 | wright.com;merwin@dickinson-wright.com
26 | MICHAEL N FEDER on behalf of Creditor THE NEWBY 1984 TRUST
27 | mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
28 | wright.com;merwin@dickinson-wright.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

MICHAEL N FEDER on behalf of Creditor THE PAUL L. GARCELL AND PAMELA HERTZ REVOCABLE FAMILY TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor VERONICA C. WOLF TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor VIVIAN A. WEBER LIVING TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor WALTER BROELAND AND CAROL BROELAND REVOCABLE TRUST

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor YARG, LLC

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor ANDREA DEANEAN GLENN

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor ANGELO JOHN ARMINIO

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor BESSIE CHACHAS

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-wright.com;merwin@dickinson-wright.com

MICHAEL N FEDER on behalf of Creditor CATHERINE WAGNER

mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1 wright.com;merwin@dickinson-wright.com

2 MICHAEL N FEDER on behalf of Creditor GEORGE CHACHAS

3 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

4 wright.com;merwin@dickinson-wright.com

5 MICHAEL N FEDER on behalf of Creditor HELEN L. PEABODY

6 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

7 wright.com;merwin@dickinson-wright.com

8 MICHAEL N FEDER on behalf of Creditor JAMES P. PEABODY

9 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

10 wright.com;merwin@dickinson-wright.com

11 MICHAEL N FEDER on behalf of Creditor JANINE MARSHALL

12 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

13 wright.com;merwin@dickinson-wright.com

14 MICHAEL N FEDER on behalf of Creditor LINDA JEAN LUND

15 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

16 wright.com;merwin@dickinson-wright.com

17 MICHAEL N FEDER on behalf of Creditor MACK CLAYTON

18 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

19 wright.com;merwin@dickinson-wright.com

20 MICHAEL N FEDER on behalf of Creditor MARK E. JONAH

21 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

22 wright.com;merwin@dickinson-wright.com

23 MICHAEL N FEDER on behalf of Creditor TERRY WAGNER

24 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

25 wright.com;merwin@dickinson-wright.com

26 MICHAEL N FEDER on behalf of Creditor TRACY L. CLAYTON

27 mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-

28 wright.com;merwin@dickinson-wright.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. MICHAEL N FEDER on behalf of Creditor WILLIAM MARSHALL
2. mfeder@dickinson-wright.com, LV_LitDocket@dickinsonwright.com;lstewart@dickinson-
3. wright.com;merwin@dickinson-wright.com
4. EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
5. edmund.gee@usdoj.gov
6. JUSTIN J. HENDERSON on behalf of Creditor JUNIPER LOAN SERVICING CORPORATION
7. jhenderson@lrrlaw.com, cscruggs@lrrlaw.com
8. BRIGID M. HIGGINS on behalf of Creditor SHOTGUN CREEK FAMILY INVESTMENTS, LLC
9. bhiggins@blacklobello.law, dmeeter@blacklobello.law
10. BRIGID M. HIGGINS on behalf of Creditor SHOTGUN CREEK INVESTMENTS NEVADA, LLC
11. bhiggins@blacklobello.law, dmeeter@blacklobello.law
12. BRIGID M. HIGGINS on behalf of Creditor SHOTGUN CREEK INVESTMENTS, LLC
13. bhiggins@blacklobello.law, dmeeter@blacklobello.law
14. BRIGID M. HIGGINS on behalf of Creditor SHOTGUN CREEK LAS VEGAS, LLC
15. bhiggins@blacklobello.law, dmeeter@blacklobello.law
16. RICHARD F. HOLLEY on behalf of Creditor ARTHUR J. AND MARGARET L. GILBERT
17. FAMILY TRUST
18. rholley@nevadafirm.com,
19. apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com;mlangsner@neva
20. dafirm.com
21. DILLON E. JACKSON on behalf of Creditor JUNIPER LOAN SERVICING CORPORATION
22. Dillon.jackson@foster.com, Sandra.lonon@foster.com,litdocket@foster.com
23. ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
24. eolsen@gtg.legal
25. LENARD E. SCHWARTZER on behalf of Creditor DESERT OASIS APARTMENTS, LLC
26. bkfilings@s-mlaw.com
27. LENARD E. SCHWARTZER on behalf of Debtor DESERT LAND, LLC
28. bkfilings@s-mlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
2  bkfilings@s-mlaw.com
3  LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS INVESTMENTS, LLC
4  bkfilings@s-mlaw.com
5  LENARD E. SCHWARTZER on behalf of Debtor SKYVUE LAS VEGAS, LLC
6  bkfilings@s-mlaw.com
7  LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor DESERT OASIS APARTMENTS, LLC
8  bkfilings@s-mlaw.com
9  LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor DESERT OASIS INVESTMENTS, LLC
11 bkfilings@s-mlaw.com
12 LENARD E. SCHWARTZER on behalf of Jnt Admin Debtor SKYVUE LAS VEGAS, LLC
13 bkfilings@s-mlaw.com
14 U.S. TRUSTEE - LV - 7
15 USTPRegion17.LV.ECF@usdoj.gov
16 MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
18 mweisenmiller@gtg.legal, bknotices@gtg.legal
19 MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
21 mwray@markwraylaw.com, tmoore@markwraylaw.com

22 ☐   b.   **By United States mail, postage fully prepaid**:
23 ☐   c.   **By Personal Service**
24      ☐   I personally delivered the document(s) to the persons at these addresses:
25      ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:      October 29, 2018

Taylor N Jorgensen                              /s/ Taylor N Jorgensen
(Name of Declarant)                             (Signature of Declarant)

*[Signature]*
Honorable Laurel E. Babero
United States Bankruptcy Judge

Entered on Docket
October 29, 2018

Lenard E. Schwartzer, Esq., NV Bar No. 399
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone:    (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:    bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors In Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br>DESERT LAND, LLC,<br>Debtor. | BK-S- 18-12454 LEB<br>Chapter 11<br>(Jointly Administered with BK-S- 18-12456-LEB, BK-S-18-12457-LEB and BK-S-18-12458-LEB) |
| In re<br>DESERT OASIS APARTMENTS, LLC,<br>Debtor. | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER: (1) APPROVING ADEQUACY OF DISCLOSURES IN PROPOSED DISCLOSURE STATEMENT AND (2) SETTING A CONFIRMATION HEARING, RECORD DATE AND DEADLINES FOR BALLOTING AND OPPOSITIONS TO CONFIRMATION** |
| In re<br>DESERT OASIS INVESTMENTS, LLC,<br>Debtor. | |
| In re<br>SKYVUE LAS VEGAS, LLC,<br>Debtor. | Old Hearing Date: November 13, 2018<br>Old Hearing Time: 9:30 a.m.<br>**New Hearing Date: December 4, 2018**<br>**New Hearing Time: 9:30 a.m.** |

///

///

///

Order re Stipulation To Continue Hearing Re Motion Approve DS V2.doc    - 1 -

1  The Stipulation To Continue Hearing On Motion For Order: (1) Approving Adequacy Of
2  Disclosures In Proposed Disclosure Statement, And (2) Setting a Confirmation Hearing, Record
3  Date and Deadlines For Balloting And Opposition to Confirmation ("Stipulation") having been
4  field; the Court having reviewed the Stipulation, and for good cause shown, it is hereby

5  ORDERED that the Stipulation is approved; and it is further

6  ORDERED that the hearing on the Motion For Order: (1) Approving Adequacy Of
7  Disclosures In Proposed Disclosure Statement, And (2) Setting a Confirmation Hearing, Record
8  Date and Deadlines For Balloting And Opposition to Confirmation (the "Motion to Approve
9  Disclosure Statement") [ECF No. 265] shall be continued to **December 4, 2018 at 9:30 a.m.**; and
10 it is further

11 ORDERED that any opposition to the Motion To Approve Disclosure Statement shall be
12 filed no later than **November 20, 2018**; and it is further

13 ORDERED that any reply brief to the oppositions to the Motion To Approve Disclosure
14 Statement shall be filed no later than **November 27, 2018**.

15 Submitted by:                                          Approved by:

17 /s/ Lenard E. Schwartzer                               /s/ Cathy L. Reece
   Lenard E. Schwartzer, Esq.                             Cathy L. Reece, Esq.
18 Schwartzer & McPherson Law Firm                        Fennemore Craig, P.C.
   2850 South Jones Boulevard, Suite 1                    2394 E. Camelback Road, Suite 600
19 Las Vegas, Nevada 89146                                Phoenix, Arizona 85016-3429
   *Attorneys for Desert Entities*                        *Attorneys for The Northern Trust Company*
20

21 Approved by:                                           Approved by:

23 /s/ Michael N. Feder                                   /s/ Justin J. Henderson
   Michael N. Feder, Esq.                                 Justin J. Henderson, Esq.
24 Dickinson Wright PLLC                                  Lewis Roca Rothgerber Christie LLP
   8363 West Sunset Road, Suite 200                       3993 Howard Hughes Parkway, Suite 600
25 Las Vegas, Nevada 89112-2210                           Las Vegas, Nevada 89169
   *Attorneys for Several Parties*[1]                     *Attorneys for Juniper Loan Servicing*
26                                                        *Corporation*

28 [1]Dickinson Wright represents several parties as set forth in the underlying Stipulation.

| | | |
|---|---|---|
| 1 | Approved by: | Approved by: |
| 2 | | |
| 3 | /s/ Brigid M. Higgins | /s/ Mark Wray |
| | Brigid M. Higgins, Esq. | Mark Wray, Esq. |
| 4 | Black & LoBello | Law Offices of Mark Wray |
| | 10777 W. Twain Avenue, Third Floor | 608 Lander Street |
| 5 | Las Vegas, Nevada 89135 | Reno, NV 89509 |
| 6 | Attorneys for Creditors Shotgun Creek Las Vegas, LLC, Shotgun Creek Investments | and |
| 7 | Nevada, LLC, and Shotgun Creek Investments, LLC | Jamie P. Dreher, Esq. Michael W. Reining, Esq. |
| 8 | | Downey Brand LLP 5421 Kietzke Lane, Suite 100 |
| 9 | | Reno, Nevada 89511 |
| 10 | | Attorneys for Bradley J. Busbin, As Trustee Of The Gonzales Charitable Remainder Unitrust |
| 11 | | One |
| 12 | | ### |