Lenard E. Schwartzer, Esq., NV Bar No. 399
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:	(702) 228-7590
Facsimile:	(702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Attorneys for Debtors and Debtors In Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DESERT LAND, LLC,<br><br>Debtor. | BK-S-18-12454-GS<br><br>Chapter 11<br><br>(Jointly Administered with<br>BK-S-18-12456-GS, BK-S-18-12457-GS<br>and BK-S-18-12458-GS) |
| In re<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | |
| In re<br><br>DESERT OASIS INVESTMENTS, LLC,<br><br>Debtor. | **NOTICE OF CONFIDENTIAL SALES OFFERS AND RESPONSE** |
| In re<br><br>SKYVUE LAS VEGAS, LLC,<br><br>Debtor. | |

Desert Land, LLC ("Desert Land"), Desert Oasis Apartments, LLC ("Desert Apartments"), Desert Oasis Investments, LLC ("Desert Investments"), and SkyVue Las Vegas, LLC ("SkyVue") (collectively the "Desert Entities"), by and through their counsel, Schwartzer & McPherson Law Firm, hereby file a Notice Of Sales Offers. Pursuant to the Order Re Serving And Filing New Sales Offers Documents Under Seal [ECF 446], the offers, attached as **Exhibits 1-4**, are filed under seal and will be sent to opposing counsel and marked "Confidential".

/s/ *Lenard E. Schwartzer*
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146
*Attorneys For Debtors and Debtors In Possession*

Notice of Sales Offers     - 1 -

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3
# FILED UNDER SEAL

# EXHIBIT 4

# FILED UNDER SEAL