_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 21, 2019

JAMIE P. DREHER (NV Bar No. 8794)
MICHAEL W. REINING (CA Bar No. 305566 - *admitted pro hac vice*)
DOWNEY BRAND LLP
5421 Kietzke Lane, Suite 100
Reno, Nevada 89511
(916) 520-5478
jdreher@downeybrand.com

MARK WRAY, #4425
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
mwray@markwraylaw.com

JOHN DAVID FISCHER (CA Bar No. 76401 – *admitted pro hac vice*)
OF COUNSEL

Attorneys for Petitioning Creditor
BRADLEY J. BUSBIN, TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-18-12454-GS |
| DESERT LAND, LLC, | Chapter 11 |
| _____ Debtor. ____/ | (Jointly Administered with |
| In re | BK-S-18-12456-GS, |
| | BK-S-18-12457-GS, and |
| DESERT OASIS APARTMENTS, LLC, | BK-S-18-12458-GS) |
| _____ Debtor. | **ORDER GRANTING MOTION TO** |
| _____/ | **APPOINT CHAPTER 11 TRUSTEE** |

1

In re

DESERT OASIS INVESTMENTS, LLC,

                          Debtor.          Hearing Date: March 11, 2019
_____/         Time: 1:30 p.m.

In re

SKYVUE LAS VEGAS, LLC,

                          Debtor.
_____/

      The motion filed by Creditor Bradley J. Busbin for an Order appointing a Chapter 11 Trustee in the cases of Desert Land, LLC, Desert Oasis Apartments, LLC, Desert Oasis Investments, LLC and SkyVue Las Vegas, LLC (collectively "Debtors") [ECF No. 121] having come before this Court after notice and hearing as required by law, counsel appearing as stated in the record, the Court having considered the pleadings and evidence and the arguments of counsel, and the Court having made its findings of fact and conclusions of law on the record pursuant to F.R.Civ.P. 52 and Bankruptcy Rule 7052,

      IT IS HEREBY ORDERED that the motion is GRANTED.  The Office of the United States Trustee shall exercise its authority pursuant to 11 U.S.C. §1104 to appoint a Chapter 11 Trustee or Trustees for the Debtors' cases.


Submitted by:                              Approved:


/s/ Mark Wray_____         /s/ Leonard E. Schwartzer_____
Mark Wray                                  Leonard E. Schwartzer, Esq.
LAW OFFICES OF MARK WRAY                    Schwartzer & McPherson Law Firm
608 Lander Street                          2850 South Jones Blvd., Suite 1
Reno, Nevada 89509                         Las Vegas, Nevada 89146
*Attorneys for Bradley J. Busbin, as*      *Attorneys for Debtors*
*Trustee of the Gonzales Charitable*
*Remainder Unitrust One*

2

1

2

3   Approved:

4   */s/ Anthony W. Austin_____*
    Cathy L. Reece, Esq.

5   Anthony W. Austin, Esq.
    Fennemore Craig, P.C.

6   2394 E. Camelback Road, Suite 600
    Phoenix, Arizona 85016-3429

7   *Attorneys for The Northern Trust*
    *Company*

8

9

10  Approved:

11

12  */s/ Michael N. Feder_____*
    Michael N. Feder, Esq.

13  Joel Z. Schwarz, Esq.
    Gabriel Blumberg, Esq.

14  Dickinson Wright PLLC
    8363 West Sunset Road, Suite 200

15  Las Vegas, Nevada 89112-2210
    *Attorneys for Several Parties*

16

17

18

19  Approved:

20

21  */s/ Edward M. McDonald Jr._____*
    Edward M. McDonald Jr.

22  Office of the United States Trustee
    300 Las Vegas Blvd. South, Suite 4300

23  Las Vegas, Nevada 89101

24

25

26

27

28

Approved:

*/s/ Brigid M. Higgins_____*
Brigid M. Higgins, Esq.
Black & LoBello
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
*Attorneys for Creditors Shotgun Creek*
*Las Vegas, LLC, Shotgun Creek*
*Investments Nevada, LLC and Shotgun*
*Creek Investments, LLC*

Approved:

*/s/ Justin J. Henderson_____*
Justin J. Henderson
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89169
*Attorneys for Juniper Loan Servicing*
*Corporation*

3

## **RULE 9021 CERTIFICATION**

In accordance with Local Rule 9021, counsel submitting this document certified that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

s/ *Mark Wray*_____
MARK WRAY
Attorney for Petitioning Creditor
BRADLEY J. BUSBIN, AS TRUSTEE
OF THE GONZALES CHARITABLE
REMAINDER UNITRUST ONE

4