Timothy S. Laffredi, Assistant United States Trustee
State Bar No.: WI 1055133
Edward M. McDonald Jr., Trial Attorney
State Bar No.: NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6600
Fax: (702) 388-6658

E-Filed: March 27, 2019

**Attorneys for the United States Trustee for Region 17**
**TRACY HOPE DAVIS**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**DESERT LAND, LLC,**<br><br>Debtor. | CASE NO: BK-**S-18-12454-GS**<br><br>Chapter 11<br><br>(Jointly Administered with BK-S-18-12456-GS, BK-S-18-12457-GS and BK-S-18-12458-GS) |
| In re:<br><br>**DESERT OASIS APARTMENTS, LLC,**<br><br>Debtor. | |
| In re:<br><br>**DESERT OASIS INVESTMENTS, LLC,**<br><br>Debtor. | |
| In re:<br><br>**SKYVUE LAS VEGAS, LLC,**<br><br>Debtor. | |

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATES OF DESERT LAND, DESERT OASIS APARTMENTS, LLC, AND DESERT OASIS INVESTMENTS, LLC**

TO:    Kavita Gupta
        1300 Bristol Street North, Suite 100
        Newport Beach, CA 92660
        Telephone: (949) 387-4470
        Facsimile: (949) 258-9786
        Email: kgupta@guptaferrer.com

Pursuant to the order entered on March 21, 2019 [ECF No. 519] (the "Order") directing the United States Trustee to appoint a chapter 11 trustee or trustees in the above-captioned cases, the United States Trustee hereby appoints Kavita Gupta to serve as the chapter 11 trustee in the following cases:  (a) In re Desert Land, LLC, Case No. 18-12454-GS; (b) In re Desert Oasis Apartments, LLC, Case No. 18-12456-GS; and, (c) In re Desert Oasis Investments, LLC, Case No. 18-12457-GS.

The chapter 11 bonds are initially set as follows for these cases:  (a) In re Desert Land, LLC, Case No. 18-12454-GS, a bond of $75,000; (b) In re Desert Oasis Apartments, LLC, Case No. 18-12456-GS, a bond of $270,000; and, (c) In re Desert Oasis Investments, LLC, Case No. 18-12457-GS, Trustee Gupta is covered by the blanket bond and a separate bond is not required at this time for In re Desert Oasis Investments, LLC, Case No. 18-12457-GS.  The bonds may require adjustment as the trustee collects and liquidates assets of the estates, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amounts are required or made.

This appointment is made the 27th day of March, 2019.

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:    /s/ Timothy S. Laffredi
        Timothy S. Laffredi
        Assistant United States Trustee

2