UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT LAND, LLC,<br><br>        Debtor.<br>_____<br>In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>        Debtor.<br>_____<br>In re:<br><br>DESERT OASIS INVESTMENTS, LLC,<br><br>        Debtor.<br>_____ | Case No.: 18-12454-GS (LEAD)<br>Chapter 11<br><br><br><br><br>*Jointly Administered with:*<br>18-12456-GS<br><br><br><br><br><br><br>18-12457-GS<br><br><br><br><br>Hearing Date:  April 16, 2020<br>Hearing Time:  9:30 a.m. |

**ORDER ON JOINT MOTION TO SUSPEND THE BANKRUPTCY OR IN THE ALTERNATIVE TO AMEND THE BID PROCEDURES TO EXTEND THE UPCOMING AUCTION**

**(FILED UNDER SEAL)**

The order concerning the Joint Motion to Suspend the Bankruptcy or in the Alternative to Amend the Bid Procedures to Extend the Upcoming Auction (ECF No. 1039) has been filed under seal pursuant to the court's prior orders. (ECF Nos. 1024 and 1061).

1

**LIMITED SERVICE:** On April 23, 2020, the court's chambers emailed a copy of the sealed Memorandum Decision and orders to only those counsel and trustees appearing at the April 16, 2020, sealed hearing, as follows:

Brigid Higgins, bhiggins@blacklobello.law

Justin Henderson, jhenderson@lrrc.com

Cathy Reece, creece@fclaw.com

Dawn Cica, dcica@carlyoncica.com

Candace Carlyon, ccarlyon@carlyoncica.com

Michael Feder, mfeder@dickinson-wright.com

Mark Wray, mwray@markwraylaw.com

John Fisher, fischerlawcal@aol.com

Brian Shapiro, brian@trusteeshapiro.com

Lenard Schwartzer, lschwartzer@s-mlaw.com

James Shea, jshea@shea.law

Kevin Coleman, kcoleman@nutihart.com

Kavita Gupta, kgupta@guptaferrer.com